UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

WARREN D. PRICE,

                Plaintiff,

                                          ORDER
      v.                                      05-CV-506A

GENERAL MOTORS CORPORATION -
GM POWERTRAIN,

                Defendant.

---

        The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B).  On November 22, 2005, Magistrate Judge Scott filed a Report and Recommendation, recommending that defendant's motion to dismiss under Rule 12(b)(6) without leave to amend be denied.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's's Report and Recommendation, defendant's motion to dismiss under Rule 12(b)(6) without leave to amend is denied.

        This case is referred back to Magistrate Judge Scott for further proceedings.

IT IS SO ORDERED.

/s/ Richard J. Arcara
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: December 16     , 2005